IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LONNIE JOHNSON                                         PLAINTIFF

v.                      Case No. 3:16-cv-00072-KGB/JTK

CRAIGHEAD COUNTY DETENTION FACILITY             DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 4). Accordingly, plaintiff Lonnie Johnson's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1).

So ordered this the 19th day of January, 2018.

_____
Kristine G. Baker
United States District Judge