# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LONNIE JOHNSON**                                                                                  **PLAINTIFF**

**v.**                      **Case No. 3:16-cv-00072-KGB/JTK**

**CRAIGHEAD COUNTY DETENTION FACILITY**                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Lonnie Johnson's claims against defendant Craighead County Detention Facility are dismissed without prejudice (Dkt. No. 1).

So adjudged this the 19th day of January, 2018.

                                                          _/s/ Kristine G. Baker_
                                                          Kristine G. Baker
                                                          United States District Judge